The Fidelity and Casualty Company of New York, Plaintiff, v. The Chase National Bank of the City of New York, Defendant, Respondent, and Royal Indemnity Company, Defendant, Impleaded, Appellant, and Others, Defendants, Impleaded.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Meyer L. Agin, Appellant, v. William I. Alpert and Others, Respondents, Impleaded with Others, Defendants.— Orders unanimously modified by granting plaintiff leave to serve an amended complaint within twenty days after entry of order, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Jacob & Emil Leitner, Inc., and Another, Plaintiffs, Appellants, v. Lewis Morris Apartments, Inc., and Another, Defendants, Respondents. Charles F. Hoffman, Witness, Appellant.— Order unanimously modified by denying examination of defendant Charles F. Hoffman as a witness, and in all other respects affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Jean Kay, Petitioner, Respondent, against Board of Higher Education of the City of New York, Respondent, for an Order Reviewing the Determination of the Respondent Herein, Appointing One Dr Bertrand Russell as Professor of Philosophy in the College of the City of New York, and Directing the Respondent to Rescind and Revoke the Said Appointment of the Said Dr. Bertrand Russell. Bertrand Russell, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 1000. See, also, 260 App. Div. 9.]

### (May 27, 1940.)

Amelia McGuirk, as Administratrix, etc., of Elizabeth McGuirk, Deceased, and Margaret McGuirk, Appellants, v. The City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.